**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 19-cv-81629-MIDDLEBROOKS

ROCHELLE GERONIMO,

Plaintiff,

v.

MANAGEMENT HEALTH SYSTEMS, INC. d/b/a MEDPRO STAFFING, *et. al.*,

Defendants.
_______________________________________/

**ORDER DISMISSING CASE**

THIS CAUSE is before the Court *sua sponte*. Plaintiff Rochelle Geronimo initiated this action on December 5, 2019. (DE 1). On March 6, 2020, I entered a paperless order advising Plaintiff had she had violated rule 4(m) of the Federal Rules of Civil Procedure by failing to serve Defendants with process within 90 days of the filing of this action. (DE 10). Accordingly, I ordered Plaintiff to show cause why this case should not be dismissed. *Id.* On March 16, 2020, Plaintiff responded to my Order and stated that she had violated the deadline as she is a *pro se* litigant unfamiliar with the Federal Rules and was in the process of retaining counsel. (DE 11). Plaintiff requested a one-week extension from the date of her response in which to retain counsel and serve Defendants with process. *Id.* In light of the COVID-19 pandemic, I granted Plaintiff a two-week extension until March 30, 2020, one week longer than Plaintiff had requested. (DE 13). I warned Plaintiff that "failure to comply with this deadline will result in dismissal of this case without prejudice." *Id.* To date, Plaintiff has not filed proof of service, nor has Plaintiff sought an extension of time. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) This Case is **DISMISSED WITHOUT PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida this 13th day of April, 2020.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record;

2802B Quay Loop
Holloman AFB, NM 88330
754-281-6917
Email: rochellgeronimo@yahoo.com
PRO SE